## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NANCY BLANCO, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BATH & BODY WORKS, LLC, )<br>)<br>Defendant. )<br>)<br>) | Civil Action No.: 1:22-cv-1207<br><br>(Circuit Court of Cook County, Illinois, County Department, Chancery Division, Case No. 2022CH00605)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

Defendant Bath & Body Works, LLC ("BBW"), by counsel and pursuant to 28 U.S.C §§ 1331, 1367, 1441 and 1446, hereby removes the above-entitled action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division, on the basis of the following facts:

1. Plaintiff filed suit in the Circuit Court of Cook County, Illinois on January 25, 2022, alleging that BBW violated provisions of the Fair and Accurate Credit Transactions Act ("FACTA"), 15 U.S.C. §168lg(c)(l), by printing the first six and last four digits of its customers' credit card or debit card account numbers on its transaction receipts.

2. A true and correct copy of the complaint is attached hereto as **Exhibit 1**.

3. There has been some uncertainty concerning service; although Plaintiff's counsel provided information indicating service by the Cook County Sheriff on or about February 4, 2022, BBW's registered agent has no record of such service. BBW nevertheless agreed to waive service, and the parties agreed that BBW may file its responsive pleading on March 29, 2022. BBW filed an unopposed motion reflecting the same on March 2, 2022, and this motion is currently pending.

4. Even if the complaint is found to have been served on February 4, 2022, this Notice of Removal is timely. Under 28 U.S.C. § 1446(b), this Notice of Removal must be filed within 30 days of the service of the complaint and summons. Thirty days from February 4, 2022 is March 6, 2022, which is a Sunday. When the last day of a period falls on a weekend, the period is extended to the next business day. Fed. R. Civ. P. 6(a)(1)(C). Rule 6 applies to "any statute," like § 1446(b), "that does not specify a method of computing time." Fed. R. Civ. P. 6(a). Thus, the 30-day period applicable to this removal notice is extended to Monday, March 7, 2022. Because BBW is filing this Notice of Removal on March 7, 2022, it is timely.

5. Even if the complaint is found to have been served on February 4, 2022, the time for BBW to respond has not yet expired pursuant to Illinois Supreme Court Rule 181, which provides that BBW's deadline to respond to the complaint is 30 days after service of the complaint and summons. BBW thus has until at least March 7, 2022—30 days after service of the complaint and summons on February 4, 2022—to file its responsive pleading, and this time has not yet expired. Likewise, BBW's currently pending unopposed motion for an extension of time to answer or otherwise plead seeks a March 29, 2022 deadline to respond to the complaint, which has also not yet expired.

6. Copies of Plaintiff's motion for class certification, counsel for BBW's notice of appearance, BBW's motion for extension of time to file responsive pleading, and BBW's notice thereof are attached as **Exhibit 2**, in compliance with 28 U.S.C. § 1446(a)[1].

---

[1] BBW has not received a summons and therefore has not attached the same to this Notice of Removal. BBW will supplement this Notice of Removal if and when BBW learns of other filings with the Circuit Court of Cook County, Illinois.

7. Concurrent with this Notice of Removal, BBW is serving this Notice of Removal on Plaintiff's counsel of record and is filing a copy with the Clerk of the Circuit Court of Cook County, Illinois.

8. Venue is proper in this Court pursuant to 28 U.S.C. §§ 93(a)(1) and 1441(a), because the United States District Court for the Northern District of Illinois, Eastern Division, is the federal judicial district and division embracing the Circuit Court of Cook County, Illinois, where this action was originally filed.

9. By filing a Notice of Removal in this matter, BBW does not waive its right to assert any applicable defenses and/or objections to which it may be entitled, including any defenses under Fed. R Civ. P. 12(b).

## FEDERAL QUESTION JURISDICTION

10. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331. Section 1331 provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." *Id*.

11. Plaintiff's complaint asserts one cause of action under FACTA, 15 U.S.C. §168lg(c)(l), which is under the laws of the United States and within the original jurisdiction of this Court. *See* 28 U.S.C. §§ 1331, 1441(a). As such, BBW may remove this action to this Court pursuant to 28 U.S.C. § 1441 without regard to the amount of controversy or residence of the parties.

WHEREFORE, Defendant respectfully removes this action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division.

3

Respectfully submitted,

*/s/ Julie Porter*
Julie B. Porter (#6243787)
SALVATORE PRESCOTT PORTER &
PORTER, PLLC
1010 Davis Street
Evanston, Illinois 60201
(312) 283-5711
porter@sppplaw.com

Ryan P. Phair (#479050)
Daniel R. Stefany (*pro hac vice forthcoming*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037-1701
(202) 955-1500
rphair@hunton.com
dstefany@hunton.com

*Attorneys for Bath & Body Works, LLC.*

Dated: March 7, 2022

## **CERTIFICATE OF SERVICE**

I, Julie B. Porter, one of the attorneys for Defendant Bath & Body Works, LLC, hereby certify that I caused a copy of the foregoing Notice of Removal, along with its Exhibits and the Civil Cover Sheet, to be served by e-mail and first class U.S. Mail, postage prepaid, on counsel for Plaintiff:

 Keith J. Keogh
 KEOGH LAW, LTD.
 55 W. Monroe Street, Suite 3390
 Chicago, IL 60603
 Keith@KeoghLaw.com

 Scott D. Owens
 SCOTT D. OWENS, P.A.
 2750 N. 29th Ave., Suite 209A
 Hollywood, FL 33020
 scott@scottowens.com

 Christopher W. Legg
 CHRISTOPHER W. LEGG, P.A.
 499 E. Palmetto Park Road, Suite 228
 Boca Raton, FL 33432
 Chris@theconsumerlawyers.com

on this 7th day of March, 2022.

                */s/ Julie B. Porter*
                Attorney for Defendant